# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DONNA BROWN,

        Plaintiff,

v.                            CASE NO.  4:14cv39-RH/CAS

ADAWHIT, INC. d/b/a OLD TOWN
CAFÉ and SOUTH EAST PERSONNEL
LEASING, INC.,

        Defendants.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND TO THE COMPLAINT

The defendant Adawhit, Inc.'s motion, ECF No. 10, to extend the deadline to respond to the complaint is GRANTED.  The deadline is extended to March 10, 2014.[1]

SO ORDERED on March 5, 2014.

                        s/Robert L. Hinkle_____
                        United States District Judge

_____

[1] Because of the need for an immediate ruling, this order has been entered without awaiting the plaintiff's response to the motion.  If the plaintiff files an emergency motion to reconsider, the issue will be reconsidered *de novo*.  This order will remain in effect unless reconsidered on such a motion.