IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNA BROWN,

      Plaintiff,

v.                                   CASE NO.  4:14cv39-RH/CAS

ADAWHIT, INC. d/b/a OLD TOWN
CAFÉ and SOUTH EAST PERSONNEL
LEASING, INC.,

      Defendants.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 21, 22, and 23, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of March 26, 2014, ECF No. 18,

IT IS ORDERED:

The Scheduling and Mediation Order of March 26, 2014, ECF No. 18, remains in effect.

SO ORDERED on April 22, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge